COURT OF APPEALS OF VIRGINIA


Present:    Judges Elder, Clements and Senior Judge Annunziata


MONROE EDWARD ALGER

v.      Record No. 3064-06-4

DYNALECTRIC COMPANY AND
  AMERICAN CASUALTY COMPANY
  OF READING, PENNSYLVANIA                              MEMORANDUM OPINION[*]
                                                            PER CURIAM
DYNALECTRIC COMPANY AND                                     MAY 15, 2007
  AMERICAN CASUALTY COMPANY
  OF READING, PENNSYLVANIA

v.      Record No. 3090-06-4

MONROE EDWARD ALGER


          FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

          (Julie H. Heiden; Koonz, McKenney, Johnson, DePaolis &
          Lightfoot, L.L.P., on briefs), for Monroe Edward Alger.

          (Joseph C. Veith, III; Trichilo, Bancroft, McGavin, Horvath &
          Judkins, P.C., on briefs), for Dynalectric Company and American
          Casualty Company of Reading, Pennsylvania.


        Monroe Edward Alger (claimant) appeals a decision of the Workers' Compensation

Commission finding that he failed to prove he remained totally disabled after July 29, 2005 and

continuing as a result of his March 18, 2004 compensable injury by accident.  Dynalectric

Company and its insurer appeal that same decision finding that claimant's back condition,

disability, and medical treatment after June 22, 2004, were causally related to his compensable

injury by accident.  We have reviewed the record and the commission's opinion and find that

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

these appeals are without merit.  Accordingly, we affirm for the reasons stated by the commission in its final opinion.  <u>See</u> <u>Alger v. Dynalectric Co.</u>, VWC File No. 218-33-69 (Nov. 16, 2006).  We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>